IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Schilling, Carole | Case Number:  05 B 45690 |
| | Judge:  Squires, John H |
| Printed: 12/23/08 | Filed:  10/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  October 15, 2008
Confirmed:  November 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,150.00 | |
| Secured: | | 7,321.11 |
| Unsecured: | | 946.56 |
| Priority: | | 0.00 |
| Administrative: | | 2,271.50 |
| Trustee Fee: | | 598.81 |
| Other Funds: | | 12.02 |
| Totals: | 11,150.00 | 11,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas R Hitchcock | Administrative | 507.00 | 507.00 |
| 2. | Thomas R Hitchcock | Administrative | 1,764.50 | 1,764.50 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 5. | Mortgage Electronic Registration Sys | Secured | 7,321.11 | 7,321.11 |
| 6. | Capital One | Unsecured | 206.34 | 104.72 |
| 7. | ECast Settlement Corp | Unsecured | 22.16 | 0.00 |
| 8. | Wells Fargo Financial | Unsecured | 78.86 | 40.02 |
| 9. | Premier Bankcard | Unsecured | 52.61 | 26.69 |
| 10. | ECast Settlement Corp | Unsecured | 231.34 | 117.39 |
| 11. | American Express Centurion | Unsecured | 174.38 | 88.49 |
| 12. | Capital One | Unsecured | 30.75 | 15.60 |
| 13. | ECast Settlement Corp | Unsecured | 346.76 | 175.97 |
| 14. | Portfolio Recovery Associates | Unsecured | 391.10 | 198.51 |
| 15. | Discover Financial Services | Unsecured | 353.06 | 179.17 |
| 16. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 17. | Citibank USA | Unsecured | | No Claim Filed |
| 18. | Citi Finance | Unsecured | | No Claim Filed |
| 19. | Marshall Field & Company | Unsecured | | No Claim Filed |
| | | | $ 11,479.97 | $ 10,539.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Schilling, Carole

Printed: 12/23/08

Case Number:  05 B 45690
Judge:  Squires, John H
Filed:  10/7/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 151.25 |
| 5% | 52.50 |
| 4.8% | 100.80 |
| 5.4% | 226.80 |
| 6.5% | 67.46 |
|  | $ 598.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

